64739. BROOKS et al. v. CELLIN MANUFACTURING COMPANY, INC. et al.

DEEN, Presiding Judge.

The decision of the Court of Appeals in this case having been affirmed in part and reversed in part by the Supreme Court, our decision in *Brooks v. Cellin Mfg. Co.,* 165 Ga. App. 375 (300 SE2d 810) (1983) is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment of the trial court reversed and remanded. Shulman, C. J., Quillian, P. J., McMurray, P. J., Banke, Birdsong, Carley, Sognier and Pope, JJ., concur.*

DECIDED OCTOBER 18, 1983.

*William C. Lanham, Clark H. McGehee,* for appellants.
*Robert L. Pennington, Joseph W. Watkins, Michael Goldman, N. Karen Deming,* for appellees.